JON M. SANDS
Federal Public Defender
**LEO MASURSKY** #018492
**GRETA M. VIETOR** #030485
**JORDAN PERRY MALKA** #6321055
Assistant Federal Public Defender
407 W. Congress St., Suite 501
Tucson, AZ 85701
Tel. 520-879-7500
*Leo_Masursky@fd.org*
*Greta_Vietor@fd.org*
*Jordan_malka@fd.org*
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Julio Cesar Aguirre,<br><br>Defendant. | CR25-03393-TUC-RM (MAA)<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |

The Defendant and Defendant's attorney acknowledge and agree that:

(1) Defendant's attorney has provided the Defendant a copy of the Indictment;

(2) Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3) Defendant understands there is a right to appear personally at the Arraignment to be advised of the charge(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment;

(4) Defendant's attorney is authorized to appear at the Arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of "Not Guilty" at the Arraignment on Defendant's behalf.

Defendant, having conferred with the attorney of record, waives personal appearance and the reading of the Indictment at Arraignment in this case. Defendant authorizes the entry of a "Not Guilty" plea on behalf of Defendant.

Defendant further waives personal notice of the date of trial and acknowledges that the Trial will be on September 30, 2025, at 9:30 a.m. with a Plea Deadline of September 12, 2025, by 3:00 p.m. before the paired Magistrate Judge. Defendant understands that the Court's entry of a plea of "Not Guilty" will conclude the Arraignment in this case.

Defendant's TRUE NAME is: __Julio Cesar Aguille__
(Print True Name)

DATE: __5-08-25__    __[signature] CA.__
__8/5/25__

Witnessed By:

DATE: __8/5/25__    __[signature]__

2

INDICATE DEFENDANT'S LANGUAGE:

☐ ENGLISH
☒ SPANISH
☐ OTHER_____

Waiver of Personal Appearance at Arraignment
And Entry of "Not Guilty" Plea